1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6

   Attorney for Defendant
7  SERGIO MONJARRAS-LOPEZ

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:08-cr-0220 WBS
                                  )
14                Plaintiff,      )
                                  ) STIPULATION AND ORDER VACATING
15      v.                        ) DATE, CONTINUING CASE AND
                                  ) EXCLUDING TIME
16 SERGIO MONJARRAS-LOPEZ,        )
                                  )
17                Defendant.      ) Date:  June 30, 2008
                                  ) Time:  8:30 a.m.
18 _____) Judge: Hon. William B. Shubb

19

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, and Assistant

22 Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the

23 status conference scheduled for June 30, 2008, be vacated and the case

24 continued until July 21, 2008, at 8:30 a.m. for further status

25 conference. This continuance is needed in order to permit counsel to

26 complete review of discovery and results of pending investigation and

27 consideration of motions and other elements of defense preparation.  In

28 addition counsel will be unavailable for a few or perhaps several days

for medical reasons commencing on June 26, 2008, and will be unable to make progress to completion of preparations before June 30, 2008.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until July 21, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: June 24, 2008         /S/ Daniel S. McConkie, Jr.
                             DANIEL S. MCCONKIE, JR.
                             Assistant U.S. Attorney
                             Counsel for Plaintiff

Dated: June 24, 2008         /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             SERGIO MONJARRAS-LOPEZ

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  June 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE