```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  SERGIO MONJARRAS-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:08-cr-0220 WBS |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) VACATING DATE, CONTINUING CASE |
|  | ) AND EXCLUDING TIME |
| SERGIO MONJARRAS-LOPEZ, | ) |
|  | ) |
| Defendant. | ) Date:  July 21, 2008 |
|  | ) Time:  8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for July 21, 2008, be vacated and the case continued until August 11, 2008, at 8:30 a.m. for further status conference. This continuance is needed in order to permit counsel to complete defense preparation and consult with the defendant regarding a proposed resolution of the case which was received from the government earlier this week.

1         IT IS FURTHER STIPULATED that time for trial under the Speedy
2    Trial Act be excluded from the filing of this stipulation until August
3    11, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code
4    T-4, defense preparation.

5         **IT IS SO STIPULATED.**

Dated: July 18, 2008                /S/ Daniel S. McConkie, Jr.
                                    DANIEL S. MCCONKIE, JR.
                                    Assistant U.S. Attorney
                                    Counsel for Plaintiff

Dated: July 18, 2008                /S/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SERGIO MONJARRAS-LOPEZ

**O R D E R**

   **IT IS SO ORDERED.**

               By the Court,


Dated:  July 22, 2008

                    _/s/ William B. Shubb_
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE