```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  SERGIO MONJARRAS-LOPEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0220 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | VACATING DATE, CONTINUING CASE |
| ) | AND EXCLUDING TIME |
| SERGIO MONJARRAS-LOPEZ, ) | |
| ) | |
| Defendant. ) | Date:  July 21, 2008 |
| ) | Time:  8:30 a.m. |
| _____ ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. McConkie, Jr., Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for August 11, 2008, be vacated and the case continued until September 15, 2008, at 8:30 a.m. for further status conference. This continuance is needed in order to permit counsel to complete defense preparation including evaluation of court records from a Sutter County prior conviction, and consult with the defendant regarding a proposed resolution of the case which was

1  received from the government earlier this week.  In addition defense
2  counsel will be out of the district and unavailable from August 14,
3  2008 through August 28, 2008.
4      IT IS FURTHER STIPULATED that time for trial under the Speedy
5  Trial Act be excluded from the filing of this stipulation until
6  September 15, 2008, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv),
7  Local Code T-4, defense preparation and continuity of counsel..
8  **IT IS SO STIPULATED.**

10 Dated: August 8, 2008                /S/ Daniel S. McConkie, Jr.
                                        DANIEL S. MCCONKIE, JR.
11                                      Assistant U.S. Attorney
                                        Counsel for Plaintiff

13 Dated: August 8, 2008                /S/ Jeffrey L. Staniels
                                        JEFFREY L. STANIELS
14                                      Assistant Federal Defender
                                        Attorney for Defendant
15                                      SERGIO MONJARRAS-LOPEZ


**O R D E R**

**IT IS SO ORDERED.**

         By the Court,

Dated:  August 11, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE